

CT Corporation  
Service of Process Notification  
06/13/2025  
CT Log Number 549367732

## Service of Process Transmittal Summary

**TO:** Natalie D'Amora, Senior Counsel  
Chubb  
436 WALNUT ST  
PHILADELPHIA, PA 19106-3703

**RE:** **Process Served in Louisiana**

**FOR:** Westchester Surplus Lines Insurance Company  (Domestic State: GA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ADDICTIVE LASH, LLC vs. WESTCHESTER SURPLUS LINES INSURANCE COMPANY |
| **CASE #:** | 864809 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 06/13/2025 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/13/2025, Expected Purge Date: 06/18/2025 |
| | Image SOP |
| | Email Notification,  Incoming Legal  incominglegal@chubb.com |
| | Email Notification,  Taryn Kindred  Taryn.Kindred@Chubb.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | Documents were served upon the Louisiana Secretary of State on 06/03/2025 and forwarded to CT Corporation. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Page 1 of  1

**NANCY LANDRY**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**

9489 0090 0027 6692 3185 66



WESTCHESTER SURPLUS LINES INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 864809

SS151

FIRST-CLASS



ZIP 70802
02 7M
0008035496 JUN 04 2025
US POSTAGE ~PITNEY BOWES
$ 006.89⁰

# State of Louisiana
## Secretary of State

06/04/2025

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

WESTCHESTER SURPLUS LINES INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 864809
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

ADDICTIVE LASH, LLC
vs
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on:  NANCY LANDRY
Served by:  B GARAFOLA

Date: 06/03/2025
Title:  DEPUTY SHERIFF

No: 1361232



KC

(101) CITATION: PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL;   250521-1296-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ADDICTIVE LASH LLC
  versus
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

Case: 864-809    Div: "K"
P 1  ADDICTIVE LASH LLC

To: WESTCHESTER SURPLUS LINES INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT OF SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

S/S CK # 12492 $ 50.00

E/B/R CK # 12491 $ 41.52

**SERVED ON
NANCY LANDRY

JUN 03 2025

SECRETARY OF STATE
COMMERCIAL DIVISION**

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney LAUREN E. CHECKI and was issued by the Clerk of Court on the 21st day of May, 2025.

/s/ Kim B Garland
Kim B Garland, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL;   250521-1296-5

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal        ___ Domicilary _____

Unable to serve:
    ___ Not at this address     ___ Numerous attempts _____ times
    ___ Vacant                  ___ Received too late to serve
    ___ Moved                   ___ No longer works at this address
    ___ No such address         ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____
Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

## 24ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. **864809**                                                                                                    DIV. **K**

### ADDICTIVE LASH, LLC

### VERSUS

### WESTCHESTER SURPLUS LINES INSURANCE COMPANY

FILED:_____                          _____
                                                                                         **DEPUTY CLERK**

### PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL

**NOW INTO COURT,** through undersigned counsel, comes Petitioner, Addictive Lash, LLC (hereinafter "Petitioner"), and files its Petition for Damages and Demand for Jury Trial against Defendant, Westchester Surplus Lines Insurance Company (hereinafter "Defendant" or "Westchester"), respectfully averring as follows:

### I. PARTIES

**1.**

Made Plaintiff herein is **ADDICTIVE LASH, LLC**, a limited liability company formed under the laws of Louisiana and domiciled in Jefferson Parish, State of Louisiana, who is doing business in the State of Louisiana and the Parish of Jefferson, Louisiana.

**2.**

Made Defendant herein is **WESTCHESTER FIRE AND CASUALTY COMPANY**, an insurer domiciled in the State of Georgia who is authorized to do and is doing business in the State of Louisiana and the Parish of Jefferson, which may be served through its Registered Agent for Service of Process, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

### II. JURISDICTION AND VENUE

**3.**

Jurisdiction is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure, Article 2.

**4.**

Venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Article 76.



Addictive Lash, LLC v Westchester, 24ᵗʰ JDC, New Suit
Petition for Damages, Page 1 of 8
JON A. GEGENHEIMER    05/21/2025 13:45:29 CERTIFIED TRUE COPY - Pg:1 of 9 - Jefferson Parish Clerk of Court - ID:25130746

## III. RELEVANT FACTS

**5.**

At all times relevant hereto, Petitioner owned the property located at 1035 Whitney Avenue, Gretna, Louisiana 70056 (the "Property").

**6.**

At all times relevant hereto, Westchester provided a policy of insurance, number FSF17581247 001 (the "Policy"), to Petitioner which covered the Property against perils including pipe bursts and provided the following coverages: $195,300.00 for Building; $10,000.00 for Contents/Building Personal Property; $6,000.00 for Business Interruption; *inter alia*.

**7.**

On or around May 11, 2024, a pipe burst caused significant damages to Petitioner's Property.

**8.**

Petitioner promptly reported the loss to Westchester, who assigned it claim KY24K2520166 (the "Claim").

**9.**

After the loss, Petitioner was unable to conduct business at the Property.

**10.**

Petitioner has lost revenues as a result of the damage to the Property.

**11.**

Westchester did not compensate Petitioner for this business interruption.

**12.**

Petitioner's business personal property was damaged as a result of the loss.

**13.**

Westchester did not fully compensate Petitioner for the losses to business personal property.

**14.**

On or about May 28, 2024, adjuster Greg Bynum of Crawford & Company inspected the Property on behalf of Westchester and documented damages to the building and business personal property, but after over-depreciating the loss and applying the Policy's deductible, Mr. Bynum allowed Petitioner only $13,622.89 for its substantial building losses.

24th E-Filed: 05/13/2025 14:55 Case: 864809 Div:K Atty:031659 LAUREN E CHECKI



Addictive Lash, LLC v Westchester, 24th JDC, New Suit
Petition for Damages, Page 2 of 8
05/21/2025 13:45:29 CERTIFIED TRUE COPY - Pg:2 of 9 - Jefferson Parish Clerk of Court - ID:25130746
JON A. GEGENHEIMER

**15.**

Mr. Bynum's inspection of the Property constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973.

**16.**

Petitioner was unable to make meaningful repairs to its Property with the meager proceeds allowed by Westchester and promptly put Westchester on notice of its deficient claims handling.

**17.**

As a result of Westchester's failure to timely and adequately compensate Petitioner for her covered loss, she was forced to incur the expense of retaining counsel and other expenses to prosecute her claim.

**18.**

On or about July 8, 2024, Building Damage Consultants, LLC ("BDC") inspected the Property on behalf of Petitioner and created an estimate of damages documenting $48,437.40 in damages to the building. This was exclusive of the $10,000.00 in business personal property damage and $6,000.00 in business interruption documented by Petitioner.

**19.**

On August 12, 2024, a demand for the release of unconditional tenders was sent to Westchester, along with the BDC estimate and photographs demonstrating the loss.

**20.**

This submission constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973.

**21.**

To date, no more insurance proceeds have been forthcoming.

**22.**

As a result of Westchester's failure to timely and adequately compensate Petitioner for its substantial losses, the Property remains in a state of disrepair.

**23.**

Upon information and belief, Westchester's failure to timely and adequately compensate Petitioner for its loss, after receiving satisfactory proof of loss, was purposeful or at least negligent.



Addictive Lash, LLC v Westchester, 24th JDC, New Suit
Petition for Damages, Page 3 of 8
05/21/2025 13:45:29 CERTIFIED TRUE COPY - Pg:3 of 9 - Jefferson Parish Clerk of Court - ID:25130746
JON A. GEGENHEIMER

**24.**

Upon information and belief, Westchester purposely and/or negligently misrepresented to Petitioner the terms and conditions of the Policy.

**25.**

Upon information and belief, Westchester conducted the investigation and claims handling for Petitioner's claims in bad faith, as that term is term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973.

**26.**

Upon information and belief, Westchester manipulated its pricing software to artificially suppress the cost of repairs below market value.

**27.**

Upon information and belief, Westchester purposely or at least negligently failed to include adequate overhead and profit in its estimates of damages.

**28.**

Petitioner has incurred or will incur additional expenses in repairing the Property as a result of Westchester's failure to timely compensate it for its substantial and covered losses.

**29.**

Petitioner has incurred or will incur additional loss of income as a result of the damages caused to its Property, including those expenses that will be incurred during the repair of the Property.

### III. CAUSES OF ACTION

#### A. Breach of the Insurance Contract

**30.**

Petitioner realleges and re-avers the allegations contained in paragraphs 1-29, above, as if restated herein.

**31.**

An insurance contract, the Policy, exists between Petitioner and Westchester.

**32.**

The Policy provides coverages for perils including pipe bursts.



Addictive Lash, LLC v Westchester, 24th JDC, New Suit
Petition for Damages, Page 4 of 8
05/21/2025 13:45:29 CERTIFIED TRUE COPY - Pg:4 of 9 - Jefferson Parish Clerk of Court - ID:25130746
JON A. GEGENHEIMER

**33.**

Despite having received satisfactory proof of loss for damages caused by the Pipe Burst, Westchester failed to timely tender adequate insurance proceeds as required by the Policy.

**34.**

By failing to timely tender adequate insurance proceeds after having received satisfactory proof of a covered loss by way of its own inspection, Westchester breached the Policy.

**35.**

By failing to timely tender undisputed insurance proceeds after having received satisfactory proof of a covered loss by way of the BDC estimate, Westchester breached the Policy.

**36.**

By purposely and/or negligently misrepresenting to Petitioner the terms and conditions of the Policy, Westchester breached the Policy.

**37.**

By failing to conduct the claims handling for Petitioner's Claim in good faith and with fair dealing, Westchester breached the Policy.

**38.**

By manipulating its pricing software to artificially suppress the cost of repairs below market value, Westchester breached the Policy.

**39.**

By failing to include adequate overhead and profit in its estimates of damages, Westchester breached the Policy.

**40.**

Petitioner has suffered and continues to suffer damages as a result of these breaches of the Policy.

**B. Bad Faith**

**41.**

Petitioner realleges and re-avers the allegations contained in Paragraphs 1-40, above, as if restated herein.

**42.**

The actions and/or inactions of Westchester in failing to timely and adequately compensate Petitioner for the covered losses under the Policy were arbitrary, capricious, and without probable

Addictive Lash, LLC v Westchester, 24th JDC, New Suit
Petition for Damages, Page 5 of 8
05/21/2025 13:45:29 CERTIFIED TRUE COPY - Pg:5 of 9 - Jefferson Parish Clerk of Court - ID:25130746
JON A. GEGENHEIMER

24th E-Filed: 05/13/2025 14:55 Case: 864809 Div:K Atty:031659 LAUREN E CHECKI

cause—as those terms are used in conjunction with La. R.S. §§ 22:1892, making Westchester liable for statutory bad faith penalties.

**43.**

Under La. R.S. §§ 22:1892, an insurer owes a good faith duty and fair dealing to an insured and has an affirmative duty to adjust claims fairly and promptly; failing to pay a claim in a manner arbitrary, capricious or without probable cause is in violation of La. R.S. §§ 22:1892.

**44.**

"[F]ailing to pay the amount of any claim due any person insured by the contract within sixty days after receipt of satisfactory proof of loss from the claimant when such failure is arbitrary, capricious, or without probable cause" is considered "bad faith" and is in violation of La. R.S. §§ 22:1892.

**45.**

La. R.S. § 22:1892 imposes bad faith penalties on insurers who fail to adequately pay claims following satisfactory proof of loss within thirty (30) days.

**46.**

Westchester is in violation of La. R.S. §§ 22:1892 for failing to provide Petitioner adequate payment in connection with its Claim, despite having received satisfactory proof of loss following its own inspection of the Property.

**47.**

Westchester's misrepresentation of the relevant facts and/or the terms of the Policy was in bad faith.

**48.**

Westchester's failure to pay timely for damages it knew, or should have known, existed at the time of the initial adjustment of the relevant claims was in bad faith.

**49.**

Westchester's failure to pay timely for damages it knew, or should have known, existed at the time it received its estimate was in bad faith.

**50.**

Westchester's manipulation of its pricing software to artificially suppress the cost of repairs below market value was in bad faith.



Addictive Lash, LLC v Westchester, 24th JDC, New Suit
Petition for Damages, Page 6 of 8
05/21/2025 13:45:29 CERTIFIED TRUE COPY - Pg:6 of 9 - Jefferson Parish Clerk of Court - ID:25130746
JON A. GEGENHEIMER

**51.**

Westchester's failure to include adequate overhead and profit in its estimates of damages was in bad faith.

**52.**

Westchester's handling of Petitioner's Claim was in bad faith.

## IV. DAMAGES

**53.**

Petitioner realleges and re-avers the allegations contained in Paragraphs 1-53, above, as if restated herein.

**54.**

As a result of Westchester's breaches of contract, bad faith claims adjusting, and other bad acts, Petitioner has incurred the following, non-exclusive damages:

a. Diminution of the value of the Property;

b. Actual repair costs;

c. Reimbursement for personal repairs at the Property;

d. Actual costs related to personal property manipulation, cleaning, repair, and/or replacement;

e. Lost business income;

f. Loss of business personal property;

g. Penalties delineated in La. R.S. §§ 22:1892; and

h. Attorney's fees, other professional fees, and litigation costs associated with the bringing of this action.

**55.**

Petitioner requests a trial by jury.

**56.**

**WHEREFORE,** Petitioner, Addictive Lash, LLC, prays that, Defendant, Westchester Surplus Lines Insurance Company, be served with a copy of this Petition and be duly cited to appear and answer the allegations contained therein, and that after expiration of all legal delays and proper legal proceedings, there be a judgment entered in favor of Petitioner, Addictive Lash, LLC, and against Defendant, Westchester Surplus Lines Insurance Company, in an amount that will fully and fairly compensate Petitioner pursuant to the evidence and in accordance with the

Addictive Lash, LLC v Westchester, 24th JDC, New Suit
Petition for Damages, Page 7 of 8
05/21/2025 13:45:29 CERTIFIED TRUE COPY - Pg:7 of 9 - Jefferson Parish Clerk of Court - ID:25130746
JON A. GEGENHEIMER

law, all sums with legal interest thereon, from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

**RESPECTFULLY SUBMITTED:**

_____
Lauren E. Checki, La. Bar No. 31659
Galen M. Hair, La. Bar. No. 32865
**HAIR SHUNNARAH**
**TRIAL ATTORNEYS, LLC.**
**d/b/a INSURANCE CLAIM HQ**
**d/b/a INSURANCE CLAIM**
**LAWYERS, INC.**
3001 17th Street
Metairie, Louisiana 70002
Telephone: 504.684.5200
Facsimile: 504.613.6351
checki@hstalaw.com
hair@hstalaw.com

**PLEASE SERVE:**

**WESTCHESTER SURPLUS LINES INSURANCE COMPANY**
*Through its Registered Agent of Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809



Addictive Lash, LLC v Westchester, 24th JDC, New Suit
Petition for Damages, Page 8 of 8

05/21/2025 13:45:29 CERTIFIED TRUE COPY - Pg:8 of 9 - Jefferson Parish Clerk of Court - ID:25130746

24th E-Filed: 05/13/2025 14:55 Case: 864809 Div:K Atty:031659 LAUREN E CHECKI



(101) CITATION: PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL;    250521-1296-5

FILED FOR RECORD 06/13/2025 10:23:22
Renee B Ehret DY CLERK
JEFFERSON PARISH LA

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ADDICTIVE LASH LLC
   versus
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

Case: 864-809   Div: "K"
P 1  ADDICTIVE LASH LLC

To: WESTCHESTER SURPLUS LINES INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT OF SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

S/S CK # 12492 $ 50.00

E/B/R CK # 12491 $ 41.52

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney LAUREN E. CHECKI and was issued by the Clerk of Court on the 21st day of May, 2025.

/s/ Kim B Garland
Kim B Garland, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

### SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES AND DEMAND FOR JURY TRIAL;    250521-1296-5

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal          ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

I made service on the named party through the Office of the Secretary of State on

JUN 03 2025

by tendering a copy of this document to:
JULIE NESBITT
DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, LA

RECEIVED
DATE

JUN 0 2 2025

E.B.R. Sheriff Office

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053